Llewellyn Hawkins-
Sui Juris
Propia Persona

CAUSE NO. C-372-009671-053744 b-B

18,259-10

Court of Criminal Appeals of Texas
P.O-Box 12308 Capitol Station
Austin, Texas 78711

Clerk of Court of Criminal Appeals

RE: State's Proposed Memorandum, Findings of Fact and Conclusions of Law

Llewellyn Hawkins- Sui Juris Propia Persona seeks Copies of the State's Proposed memorandum, Findings of facts and Conclusions of law in that He may Pursue a meaningful quest towards His Claim of Actual Innocence.

Due to Hawkins-Sui Juris' State of indigency he seeks with Clean Hands a Copy of the State writ of habeas Corpus Art. 11.07 Proceeding dated April 16th, 2013, Signed Order of Judge Scott Wisch of the 372nd Judicial District Court, Tarrant County, Texas.

EXECUTED THIS 15th DAY
of July, 2015.

Llewellyn Hawkins Sui Juris Propia Persona

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk